**BRYAN CAVE LLP**
Glenn Plattner, California Bar No. 137454
Paul Rogoff, California Bar No. 232163
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: glenn.plattner@bryancave.com
rogoffp@bryancave.com

CLOSED

Attorneys for Defendants
U.S. BANK, N.A. as Trustee, Successor in Interest to Bank of America National Association as Trustee for WaMu Mortgage Pass-Through Certificate Series 2006-AR8; and JPMORGAN CHASE BANK, N.A.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BATTISTA and AUDREY S. BATTISTA, as Individuals and as trustees of the A&P TRUST dated December 12, 2002,<br><br>Plaintiffs,<br><br>v.<br><br>1) US BANK, NATIONAL ASSOCIATION as Trustee, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION as Trustee FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-AR8; 2) JPMORGAN CHASE BANK NATIONAL ASSOCIATION; 3) SAGE POINT LENDER SERVICES, as Foreclosing Trustee; 4) Does 1-10 inclusive;<br><br>Defendants. | No. 2:13-CV13-06533 JFW(CWx)<br><br>Hon. John F. Walter<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date: December 19, 2013<br><br>Courtroom: 16<br><br>Date Action Filed: September 5, 2013<br>Trial Date: Not Assigned |

1    After considering the Motion to Dismiss of defendants JPMorgan Chase
2  Bank, N.A. ("Chase") and U.S. Bank, N.A. as Trustee, Successor in Interest to Bank
3  of America National Association as Trustee for WaMu Mortgage Pass-Through
4  Certificate Series 2006-AR8 (collectively the "Chase Defendants), in conjunction
5  with Plaintiffs' failure to timely oppose the motion to dismiss, on December 19,
6  2013 the Court issued an Order granting the motion to dismiss of Chase Defendants
7  with prejudice as well as dismissing the remaining defendants, including the non-
8  moving Sage Point Lender Services with prejudice.

9    Accordingly, JUDGMENT IS HEREBY ENTERED, with prejudice, in favor
10 of the Chase Defendants and against Plaintiffs.  Plaintiffs shall recover nothing.

14 Date:  December 23, 2013      _____
15                                Hon. John F. Walter
16                                United States District Judge

SM01DOCS\1000541.1                    1
PROOF OF SERVICE